Mary Peciukaitis, appellee, v. Julian Miaczynski et al., appellants. Gen. No. 38,375.

Opinion filed December 31, 1935.

Irrmann & Niemira, for appellants; Thadeus Niemira, of counsel. Olis, Vasalle & Lapinskas, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Joseph Crowell, appellee, v. Guy A. Richardson et al., appellants. Gen. No. 38,535.

Opinion filed December 31, 1935.

Frank L. Kriete, John W. Freels and Arthur J. Donovan, for appellants; John R. Guilliams, of counsel. Royal W. Irwin, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Julia E. Green, appellee, v. Chicago Title and Trust Company et al., defendants, on appeal of John P. Schaefgen, appellant. Gen. No. 38,677.

Opinion filed December 31, 1935.

Joseph H. Heinzen, for appellant; William Rifkind, of counsel. John W. Browning, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Alma R. McCauley, appellant, v. Hettie J. King, appellee. Gen. No. 38,425.

Opinion filed December 31, 1935. Rehearing denied January 13, 1936.

Teed, Kammermann & Johnson and T. Fred Laramie, for appellant; Hugh E. Johnson and T. Fred Laramie, of counsel. Ward H. Harris and Frank E. Foster, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Fanny Samuels, appellee, v. Arthur E. Frankenstein and Rudolph Frankenstein, defendants. Arthur E. Frankenstein, appellant. Gen. No. 38,498.